FILED

NOT FOR PUBLICATION

SEP 02 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10407 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00084-RLH |
| v. | |
| YURI SAUL DELEON-ARCHILA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, Chief Judge, Presiding

Submitted August 23, 2010[**]

Before:     LEAVY, HAWKINS, and THOMAS, Circuit Judges.

Yuri Saul Deleon-Archila appeals from the 60-month sentence imposed

following his guilty-plea conviction for being a deported alien found unlawfully in

the United States, in violation of 8 U.S.C. § 1326.  We have jurisdiction under

28 U.S.C. § 1291, and we affirm.

_____

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Deleon-Archila contends that the district court procedurally erred at sentencing by failing to: 1) fully address his non-frivolous arguments in support of a lower sentence; 2) adequately explain the sentence imposed; and 3) consider all of the 18 U.S.C. § 3553(a) factors. Deleon-Archila also contends that the sentence is substantively unreasonable. The record reflects that the district court considered Deleon-Archila's arguments and did not otherwise procedurally err. *See United States v. Carty*, 520 F.3d 984, 991-93, 995 (9th Cir. 2008) (en banc). Moreover, in light of the totality of the circumstances, the sentence is substantively reasonable. *See id.* at 993.

Deleon-Archila's contention that his sentence violates the Fifth and Sixth Amendments because his prior convictions were neither admitted, nor established by a jury beyond a reasonable doubt, is foreclosed. *See United States v. Grajeda*, 581 F.3d 1186, 1197 (9th Cir. 2009).

**AFFIRMED.**